COUNTY OF SAN BENITO
# OFFICE OF THE COUNTY COUNSEL

| | | |
|---|---|---|
| **MATTHEW W. GRANGER**<br>County Counsel | 481 Fourth Street, 2nd Floor<br>Hollister, CA 95023<br>(831) 636-4040 Office<br>(831) 636-4044 Fax | Assistant County Counsel<br>**BARBARA J. THOMPSON**<br><br>Deputies<br>SHIRLEY L. MURPHY<br>IRMA F. VALENCIA |

*Via E-Filing*

November 30, 2012

The Honorable Joseph C. Spero
United States Magistrate Judge
United States District Court/Northern District
450 Golden Gate Ave.
San Francisco, CA 94102

Re:   *Raymond v. Gonzalez*
        U.S. District Court/North District of California
        Case No. CV-12-04594 JCS

Dear Judge Spero:

This letter is to request a telephonic appearance for Barbara J. Thompson for the December 7, 2012 Case Management Conference and Motion for Compulsory Joinder scheduled for 9:30 a.m. Ms. Thompson can be reached at (831) 634-4040, ext. 12.

Sincerely,

/s/ *Barbara Thompson*

Barbara J. Thompson
Assistant County Counsel

IT IS HEREBY ORDERED that Ms. Thompson shall be on phone standby beginning at 9:30 AM and await the Court's call.

Dated: 12/4/12.

IT IS SO ORDERED AS MODIFIED
Judge Joseph C. Spero
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## PROOF OF SERVICE

I, Barbara Thompson, declare as follows:

I am a citizen of the United States, over the age of eighteen years and not a party to the within entitled action. I am employed at the County Counsel's Office of San Benito County, 481 Fourth Street, 2nd Floor, Hollister, CA 95023.

On November 30, 2012, I served the following document(s):

**Request for Telephonic Appearance**

on the following persons at the locations specified:

| | |
|---|---|
| California Secretary of State | Attorney General of the State of California |
| Elections Division | 455 Golden Gate Avenue, Suite 11000 |
| 1500 11th Street | San Francisco, CA 94102 |
| Sacramento, CA 95814 | |

in the manner indicated below:

☒ **BY UNITED STATES MAIL**: Following ordinary business practices, I sealed true and correct copies of the above documents in addressed envelope(s) and placed them at my workplace for collection and mailing with the United States Postal Service. I am readily familiar with the practices of the San Benito County Counsel's Office for collecting and processing mail. In the ordinary course of business, the sealed envelope(s) that I placed for collection would be deposited, postage prepaid, with the United States Postal Service that same day.

☐ **BY PERSONAL SERVICE**: I sealed true and correct copies of the above documents in addressed envelope(s) and caused such envelope(s) to be delivered by hand at the above locations by a professional messenger service. **A declaration from the messenger who made the delivery** ☐ **is attached** or ☐ **will be filed separately with the court.**

☐ **BY OVERNIGHT DELIVERY**: I sealed true and correct copies of the above documents in addressed envelope(s) and placed them at my workplace for collection and delivery by overnight courier service. I am readily familiar with the practices of the San Benito County Counsel's Office for sending overnight deliveries. In the ordinary course of business, the sealed envelope(s) that I placed for collection would be collected by a courier the same day.

☐ **BY ELECTRONIC MAIL:** Based on a court order or an agreement of the parties to accept electronic service, I caused the documents to be sent to the person(s) at the electronic service address(es) listed above. Such document(s) were transmitted *via* electronic mail from the electronic address: holly.chin@sfgov.org ☐ in portable document format ("PDF") Adobe Acrobat or ☐ in Word document format.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.   Executed November 30, 2012 at Hollister, California.

By:   */s/ Barbara Thompson*
      BARBARA THOMPSON