COUNTY OF SAN BENITO
# OFFICE OF THE COUNTY COUNSEL

| | | |
|---|---|---|
| **MATTHEW W. GRANGER**<br>County Counsel | 481 Fourth Street, 2nd Floor<br>Hollister, CA 95023<br>(831) 636-4040 Office<br>(831) 636-4044 Fax | Assistant County Counsel<br>**BARBARA J. THOMPSON**<br><br>Deputies<br>SHIRLEY L. MURPHY<br>IRMA F. VALENCIA |

<u>*Via E-Filing*</u>

May 3, 2013

The Honorable Joseph C. Spero
United States Magistrate Judge
United States District Court/Northern District
450 Golden Gate Ave.
San Francisco, CA 94102

Re:   *Raymond v. Gonzalez*
       U.S. District Court/North District of California
       Case No. CV-12-04594 JCS

Dear Judge Spero:

This letter is to request a telephonic appearance for Barbara J. Thompson for the May 10, 2013 Case Management Conference scheduled for 1:30 p.m.  Ms. Thompson can be reached at (831) 634-4040, ext. 12, or will call in on a designated conference line.

Sincerely,

/s/ *Barbara Thompson*

Barbara J. Thompson
Assistant County Counsel

IT IS HEREBY ORDERED THAT Ms. Thompson shall be on phone standby on May 10, 2013, beginning at 1:30 PM and await the Court's call.

Dated: Signed:  5/6/13

Judge Joseph C. Spero



## PROOF OF SERVICE

I, Barbara Thompson, declare as follows:

I am a citizen of the United States, over the age of eighteen years and not a party to the within entitled action. I am employed at the County Counsel's Office of San Benito County, 481 Fourth Street, 2nd Floor, Hollister, CA 95023.

On May 3, 2013, I served the following document(s):

**Request for Telephonic Appearance**

on the following persons at the locations specified:

| | |
|---|---|
| California Secretary of State | Attorney General of the State of California |
| Elections Division | 455 Golden Gate Avenue, Suite 11000 |
| 1500 11th Street | San Francisco, CA 94102 |
| Sacramento, CA 95814 | |

in the manner indicated below:

☒ **BY UNITED STATES MAIL**: Following ordinary business practices, I sealed true and correct copies of the above documents in addressed envelope(s) and placed them at my workplace for collection and mailing with the United States Postal Service. I am readily familiar with the practices of the San Benito County Counsel's Office for collecting and processing mail. In the ordinary course of business, the sealed envelope(s) that I placed for collection would be deposited, postage prepaid, with the United States Postal Service that same day.

☐ **BY PERSONAL SERVICE**: I sealed true and correct copies of the above documents in addressed envelope(s) and caused such envelope(s) to be delivered by hand at the above locations by a professional messenger service. **A declaration from the messenger who made the delivery ☐ is attached or ☐ will be filed separately with the court.**

☐ **BY OVERNIGHT DELIVERY**: I sealed true and correct copies of the above documents in addressed envelope(s) and placed them at my workplace for collection and delivery by overnight courier service. I am readily familiar with the practices of the San Benito County Counsel's Office for sending overnight deliveries. In the ordinary course of business, the sealed envelope(s) that I placed for collection would be collected by a courier the same day.

☐ **BY ELECTRONIC MAIL:** Based on a court order or an agreement of the parties to accept electronic service, I caused the documents to be sent to the person(s) at the electronic service address(es) listed above. Such document(s) were transmitted *via* electronic mail from the electronic address: holly.chin@sfgov.org ☐ in portable document format ("PDF") Adobe Acrobat or ☐ in Word document format.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed May 3, 2013 at Hollister, California.

By: /s/ *Barbara Thompson*
BARBARA THOMPSON

COUNTY OF SAN BENITO
## OFFICE OF THE COUNTY COUNSEL

| | | |
|---|---|---|
| **MATTHEW W. GRANGER**<br>County Counsel | 481 Fourth Street, 2nd Floor<br>Hollister, CA 95023<br>(831) 636-4040 Office<br>(831) 636-4044 Fax | Assistant County Counsel<br>**BARBARA J. THOMPSON**<br><br>Deputies<br>SHIRLEY L. MURPHY<br>IRMA F. VALENCIA |

<u>*Via E-Filing*</u>

May 3, 2013

The Honorable Joseph C. Spero
United States Magistrate Judge
United States District Court/Northern District
450 Golden Gate Ave.
San Francisco, CA 94102

Re:   *Raymond v. Gonzalez*
         U.S. District Court/North District of California
         Case No. CV-12-04594 JCS

Dear Judge Spero:

This letter is to request a telephonic appearance for Barbara J. Thompson for the May 10, 2013 Case Management Conference scheduled for 1:30 p.m.  Ms. Thompson can be reached at (831) 634-4040, ext. 12, or will call in on a designated conference line.

Sincerely,

<u>/s/ *Barbara Thompson*   </u>

Barbara J. Thompson
Assistant County Counsel

IT IS HEREBY ORDERED THAT Ms. Thompson shall be on phone standby on May 10, 2013, beginning at 1:30 PM and await the Court's call.

Dated: Signed:                                             _____
                                                                          Judge Joseph C. Spero

## PROOF OF SERVICE

I, Barbara Thompson, declare as follows:

I am a citizen of the United States, over the age of eighteen years and not a party to the within entitled action. I am employed at the County Counsel's Office of San Benito County, 481 Fourth Street, 2nd Floor, Hollister, CA 95023.

On May 3, 2013, I served the following document(s):

**Request for Telephonic Appearance**

on the following persons at the locations specified:

| | |
|---|---|
| California Secretary of State | Attorney General of the State of California |
| Elections Division | 455 Golden Gate Avenue, Suite 11000 |
| 1500 11th Street | San Francisco, CA 94102 |
| Sacramento, CA 95814 | |

in the manner indicated below:

☒ **BY UNITED STATES MAIL**: Following ordinary business practices, I sealed true and correct copies of the above documents in addressed envelope(s) and placed them at my workplace for collection and mailing with the United States Postal Service. I am readily familiar with the practices of the San Benito County Counsel's Office for collecting and processing mail. In the ordinary course of business, the sealed envelope(s) that I placed for collection would be deposited, postage prepaid, with the United States Postal Service that same day.

☐ **BY PERSONAL SERVICE**: I sealed true and correct copies of the above documents in addressed envelope(s) and caused such envelope(s) to be delivered by hand at the above locations by a professional messenger service. **A declaration from the messenger who made the delivery ☐ is attached or ☐ will be filed separately with the court.**

☐ **BY OVERNIGHT DELIVERY**: I sealed true and correct copies of the above documents in addressed envelope(s) and placed them at my workplace for collection and delivery by overnight courier service. I am readily familiar with the practices of the San Benito County Counsel's Office for sending overnight deliveries. In the ordinary course of business, the sealed envelope(s) that I placed for collection would be collected by a courier the same day.

☐ **BY ELECTRONIC MAIL:** Based on a court order or an agreement of the parties to accept electronic service, I caused the documents to be sent to the person(s) at the electronic service address(es) listed above. Such document(s) were transmitted *via* electronic mail from the electronic address: holly.chin@sfgov.org ☐ in portable document format ("PDF") Adobe Acrobat or ☐ in Word document format.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed May 3, 2013 at Hollister, California.

By:  /s/ *Barbara Thompson*
 BARBARA THOMPSON

COUNTY OF SAN BENITO
# OFFICE OF THE COUNTY COUNSEL

| | | |
|---|---|---|
| **MATTHEW W. GRANGER**<br>County Counsel | 481 Fourth Street, 2nd Floor<br>Hollister, CA 95023<br>(831) 636-4040 Office<br>(831) 636-4044 Fax | Assistant County Counsel<br>**BARBARA J. THOMPSON**<br><br>Deputies<br>SHIRLEY L. MURPHY<br>IRMA F. VALENCIA |

<u>*Via E-Filing*</u>

May 3, 2013

The Honorable Joseph C. Spero
United States Magistrate Judge
United States District Court/Northern District
450 Golden Gate Ave.
San Francisco, CA 94102

    Re:    *Raymond v. Gonzalez*
           U.S. District Court/North District of California
           Case No. CV-12-04594 JCS

Dear Judge Spero:

This letter is to request a telephonic appearance for Barbara J. Thompson for the May 10, 2013 Case Management Conference scheduled for 1:30 p.m. Ms. Thompson can be reached at (831) 634-4040, ext. 12, or will call in on a designated conference line.

Sincerely,

<u>/s/ *Barbara Thompson*</u>

Barbara J. Thompson
Assistant County Counsel

IT IS HEREBY ORDERED THAT Ms. Thompson shall be on phone standby on May 10, 2013, beginning at 1:30 PM and await the Court's call.

Dated: Signed:                              _____
                                                                          Judge Joseph C. Spero

## PROOF OF SERVICE

I, Barbara Thompson, declare as follows:

I am a citizen of the United States, over the age of eighteen years and not a party to the within entitled action. I am employed at the County Counsel's Office of San Benito County, 481 Fourth Street, 2nd Floor, Hollister, CA 95023.

On May 3, 2013, I served the following document(s):

**Request for Telephonic Appearance**

on the following persons at the locations specified:

California Secretary of State
Elections Division
1500 11th Street
Sacramento, CA 95814

Attorney General of the State of California
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102

in the manner indicated below:

☒ **BY UNITED STATES MAIL**: Following ordinary business practices, I sealed true and correct copies of the above documents in addressed envelope(s) and placed them at my workplace for collection and mailing with the United States Postal Service. I am readily familiar with the practices of the San Benito County Counsel's Office for collecting and processing mail. In the ordinary course of business, the sealed envelope(s) that I placed for collection would be deposited, postage prepaid, with the United States Postal Service that same day.

☐ **BY PERSONAL SERVICE**: I sealed true and correct copies of the above documents in addressed envelope(s) and caused such envelope(s) to be delivered by hand at the above locations by a professional messenger service. **A declaration from the messenger who made the delivery** ☐ **is attached** or ☐ **will be filed separately with the court.**

☐ **BY OVERNIGHT DELIVERY**: I sealed true and correct copies of the above documents in addressed envelope(s) and placed them at my workplace for collection and delivery by overnight courier service. I am readily familiar with the practices of the San Benito County Counsel's Office for sending overnight deliveries. In the ordinary course of business, the sealed envelope(s) that I placed for collection would be collected by a courier the same day.

☐ **BY ELECTRONIC MAIL:** Based on a court order or an agreement of the parties to accept electronic service, I caused the documents to be sent to the person(s) at the electronic service address(es) listed above. Such document(s) were transmitted *via* electronic mail from the electronic address: holly.chin@sfgov.org ☐ in portable document format ("PDF") Adobe Acrobat or ☐ in Word document format.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed May 3, 2013 at Hollister, California.

By:   */s/ Barbara Thompson*
        BARBARA THOMPSON